**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2345**

---

ROBIN JAMES TOWNE,

Plaintiff - Appellant,

versus

BRYAN C. WARD, individually; GUNTHER M. HINZ,
individually; JOHN M. FITZGERALD, individ-
ually,

Defendants - Appellees,

and

TOWN OF MOOREFIELD, a municipal corporation,
and Department of Public Safety; STATE OF WEST
VIRGINIA, DEPARTMENT OF PUBLIC SAFETY

Defendants.

---

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Elkins.  Irene M. Keeley, Chief District
Judge.  (CA-99-40-2)

---

Submitted:  April 27, 2001          Decided:  May 21, 2001

---

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Lary D. Garrett, GARRETT & GARRETT, Moorefield, West Virginia; Clyde M. See, Jr., SEE & DOWNING, Moorefield, West Virginia, for Appellant. Amy Marie Smith, Michael Kozakewich, Jr., STEPTOE & JOHNSON, Clarksburg, West Virginia; Daniel A. Ruley, Jr., MORRIS & RULEY, Parkersburg, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robin James Towne appeals the district court's order denying relief on his complaint alleging violations under 42 U.S.C.A. § 1983 (West Supp. 2000), and West Virginia state law. We have reviewed the parties' briefs, joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Towne v. Ward, No. CA-99-40-2 (N.D.W. Va. July 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED